*8 Buch.*                    Williams *v.* Young.

MARY WILLIAMS, appellant,

*v.*

JOHN L. YOUNG, respondent.

[Argued November 17th, 1910.   Decided November 21st, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. John J. Crandall* and *Mr. Herbert N. Drake,* for the appellant.

*Mr. Clarence L. Cole,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.